UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELITA FACUNDO, ind. & a/n/f § | | |
| XXXX XXXXXXX, a minor § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | | Civil Action No. 2:21-cv-206 |
| § | | Jury Demanded |
| ORANGE GROVE ISD § | | |
| *Defendant*. § | | |

PLAINTIFF'S FIRST AMENDED COMPLAINT

To the Honorable Judge of This Court:

Plaintiff, Angelita Facundo, individually and as next friend of XXXX XXXXXXX, a minor, files this First Amended Complaint, complaining of Defendant Orange Grove Independent School District. In support, Plaintiff would show:

## I.    PARTIES

1. Plaintiff and Minor Plaintiff are individuals who reside in Orange Grove, Jim Wells County, Texas.

2. Defendant Orange Grove Independent School District is an educational institution and recipient of federal funds, located and operated in Jim Wells County, Texas. Defendant has been served and appeared in this lawsuit.

## II.    JURISDICTION

3. Jurisdiction is proper under 28 U.S.C. 1331 because Plaintiff's claims arise under the laws of the United States.

### III. FACTS

4. On or about April 29, 2021, minor Plaintiff AXXX FXXXXXX, a student at Orange Grove High School, was held down by other Orange Grove students and sexually assaulted.

5. While Minor Plaintiff was being held down and sexually accosted, other Orange Grove High School students filmed the assault with their smartphones, and uploaded the recording of the attack to several social media platforms.

6. Despite knowledge that similar attacks had occurred and were continuing to occur, the administration and those in charge at Orange Grove High School and Orange Grove Independent School District, failed to implement any procedures or protocols to make sure that these attacks did not continue to happen, and otherwise did not take the proper steps to assist minor Plaintiff.

### IV. CAUSES OF ACTION

**Count One: Violation of Title IX (20 U.S.C. § 1681)**

7. The sex-based harassment articulated in this petition was so severe, pervasive and objectively offensive that it deprived Minor Plaintiff of access to educational opportunities or benefits provided by the school.

8. The Defendant created and/or subjected Minor Plaintiff to a hostile educational environment in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. 1681(a) ("Title IX") because:

    a. Minor Plaintiff was and is a member of a protected class;

b. Minor Plaintiff was subjected to sexual harassment in the form of a sexual assault by another student;

c. Minor Plaintiff was subjected to harassment based on their sex; and

d. Minor Plaintiff was subjected to a hostile educational environment created by Defendant's lack of policies and procedures and failure to properly investigate and/or address the sexual assault and other sexual assaults on campus and subsequent harassment.

9. Defendant and its officials had actual knowledge of the sexual assault and resulting harassment of Minor Plaintiff, as well as knowledge about other similar sexual assaults that had been committed on the Orange Grove High School campus.

10. Despite this knowledge, Defendant failed to investigate and discipline Minor Plaintiff's attackers in a timely manner and consistent with federal and state law.

11. Defendant's failure to promptly and appropriately respond to the sexual assault and harassment resulted in Minor Plaintiff, on the basis of his sex, being excluded from participation in, being denied the benefits of, and being subjected to discrimination in the Defendant's education program, in violation of Title IX.

12. Defendant failed to take immediate, effective remedial steps to resolve the complaints of sexual harassment, and instead acted with deliberate indifference toward Minor Plaintiff.

13. Defendant persisted in its actions and inaction, even after it had actual knowledge of the harm suffered by Minor Plaintiff and other students.

14. Defendant engaged in a pattern and practice of behavior designed to discourage and dissuade students and guest students who had been sexually assaulted from seeking prosecution and protection and from seeking to have sexual assaults from being fully investigated.

15. Minor Plaintiff suffered emotional distress and psychological damage, and his character and standing in the community has suffered from the harassment fostered as a direct and proximate result of Defendant's deliberate indifference to their rights under Title IX.

## V.   DAMAGES

16. Plaintiff and Minor Plaintiff seek aggregate damages in excess of $1,000,000.00.

17. As a proximate and direct result of Defendant's negligence and violation of Title IX, Plaintiff and Minor Plaintiff incurred or suffered the following damages:

    a. Past and Future medical expenses;

    b. Past and Future mental anguish;

    c. Past and Future embarrassment and/or loss of reputation.

## VI.   ATTORNEYS' FEES

18. Plaintiff requests that this Court award him the reasonable and necessary attorneys' fees incurred in prosecuting this action, as provided for in 42 U.S.C. § 1988.

## VII.   JURY DEMAND

19. Plaintiff hereby makes a jury demand, and tenders the appropriate fee.

# PRAYER

*Wherefore, premises considered*, Plaintiff respectfully requests that judgment be entered against Defendant in favor of Plaintiff for Plaintiff's and Minor Plaintiff's damages, taxable court costs, pre and post-judgment interest, attorneys' fees, and all other relief, at law and in equity, to which Plaintiff and Minor Plaintiff are justly entitled.

    Respectfully submitted,
**HILLIARD MARTINEZ GONZALES LLP**

By: */s/ Michael L. Orth*
Robert C. Hilliard
Federal Bar No. 5912
John B. Martinez
Federal Bar No. 23612
Catherine T. Hilliard
Federal Bar No. 25316
**Michael L. Orth**
**Federal Bar No. 1477078**
morth@hmglawfirm.com
pmota@hmglawfirm.com
Michael B. Mathis
Federal Bar No. 3610293

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone No.: 361.882.1612
Facsimile No.: 361.882.3015
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's First Amended Complaint has been forwarded to the following counsel of record in accordance with the FED. R. CIV. P.:

D. Craig Wood
Katie Payne
**WALSH GALLEGOS TREVINO KYLE & ROBINSON, P.C.**
1020 N.E. Loop 450
San Antonio, Texas 78209

On this the 16th day of September, 2021.                    /s/ Michael L. Orth